IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MOLLY VICK,**

      **Plaintiff,**

v.                                        Civil Action No. 3:24cv211

**TRANS UNION, LLC,** *et al.*,

      **Defendants.**

## ORDER

This matter comes before the Court on two documents: (1) Plaintiff Molly Vick and Defendant Verizon Communications Inc.'s ("Verizon") (collectively, the "Parties") Agreed Motion to Submit Claims Against Defendant Verizon Communications Inc. to Arbitration and Stay the Case (the "Motion"), (ECF No. 41); and, (2) Ms. Vick and Verizon's Stipulation to Submit Claims Against Defendant Verizon Communications Inc. to Arbitration and Stay the Case (the "Stipulation"), (ECF No. 41-1). In the Motion, the Parties "jointly move with their accompanying Stipulation to have this Court stay this case" as between Ms. Vick and Verizon "pending the outcome of that arbitration." (ECF No. 41, at 1.) In the Stipulation, the Parties represent that they "agree to arbitrate Plaintiff's claims against Verizon in this action" and that "[n]either party will raise a defense that the arbitrator lacks authority to resolve Plaintiff's claims against Verizon." (ECF No. 41-1, at 1.)

Upon due consideration and for good cause shown, the Court GRANTS the Motion. (ECF No. 41.) The Court STAYS the matter AS TO DEFENDANT VERIZON COMMUNICATIONS INC. The Court ORDERS the Parties to notify the Court of the outcome of arbitration within five (5) days following completion of arbitration. Further, the Court

DIRECTS the parties to file a Joint Status Report every six months, with the first status report due on February 6, 2025.

It is SO ORDERED.

Date: 08/09/2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge