IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MOLLY VICK,**

    **Plaintiff,**

v.                                         Civil Action No. 3:24cv211

**TRANS UNION, LLC,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. On June 28, 2024, Defendant Verizon Communications Inc. ("Verizon") filed a Motion to Compel Arbitration and Stay Action (the "Motion to Compel Arbitration"). (ECF No. 22.) In the Motion to Compel Arbitration, Verizon asked the Court "for an Order, pursuant to sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1–16 ('FAA'), compelling Plaintiff Molly Vick's . . . claims to arbitration and staying this action." (ECF No. 22, at 1.)

On August 2, 2024, Plaintiff Molly Vick and Verizon (collectively, the "Parties") filed (1) an Agreed Motion to Submit Claims Against Defendant Verizon Communications Inc. to Arbitration and Stay the Case, (the "Agreed Motion"), (ECF No. 41); and, (2) a Stipulation to Submit Claims Against Defendant Verizon Communications Inc. to Arbitration and Stay the Case (the "Stipulation"), (ECF No. 41-1). In the Agreed Motion, the Parties "jointly move[d] with their accompanying Stipulation to have this Court stay this case" as between Ms. Vick and Verizon "pending the outcome of that arbitration." (ECF No. 41, at 1.) In the Stipulation, the Parties represented that they "agree to arbitrate Plaintiff's claims against Verizon in this action" and that "[n]either party will raise a defense that the arbitrator lacks authority to resolve Plaintiff's claims against Verizon." (ECF No. 41-1, at 1.)

On August 9, 2024, the Court granted the Agreed Motion, (ECF No. 41), staying the case as to Defendant Verizon and ordering that the Parties file a status report every six months and notify the Court of the outcome of arbitration within five days following completion of arbitration. (ECF No. 42, at 1.) Therefore, Defendant Verizon's Motion to Compel Arbitration, (ECF No. 22), is DEEMED MOOT.

It is SO ORDERED.

Date: 9/23/2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge