IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MOLLY VICK,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 3:24cv211 |
| : | |
| **TRANS UNION, LLC, EQUIFAX** : | |
| **INFORMATION SERVICES, LLC,** : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** : | |
| and : | |
| **VERIZON COMMUNICATIONS, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SETTLEMENT

Plaintiff MOLLY VICK ("Ms. Vick"), by Counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Vick and EQUIFAX INFORMATION SERVICES, LLC *only*. Ms. Vick and EQUIFAX INFORMATION SERVICES, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Vick and EQUIFAX INFORMATION SERVICES, LLC *only* shall timely file the proper form of dismissal with the Court.

Dated: January 9, 2025

        Respectfully submitted,
        MOLLY VICK

        _/s/_ Dale W. Pittman_____
        Dale W. Pittman, VSB #15673
        THE LAW OFFICE OF DALE W. PITTMAN, P.C.
        The Eliza Spotswood House
        112-A West Tabb Street
        Petersburg, VA 23803-3212
        (804) 861-6000
        (804) 861-3368 (Fax)
        dale@pittmanlawoffice.com

                                      Leonard A. Bennett, VSB #37523
                                      Mark C. Leffler, VSB #40712
                                      Adam W. Short, VSB #98844
                                      Consumer Litigation Associates, P.C.
                                      763 J. Clyde Morris Blvd., Suite 1-A
                                      Newport News, VA 23601
                                      Telephone: (757) 930-3660
                                      Facsimile: (757) 930-3662
                                      Email: lenbennett@clalegal.com
                                      Email: mark@clalegal.com
                                      Email: adam@clalegal.com

                                      *Counsel for Plaintiff*