**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **MOLLY VICK,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 3:24cv211 |
| : | |
| **TRANS UNION, LLC, EQUIFAX** : | |
| **INFORMATION SERVICES, LLC,** : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** : | |
| and : | |
| **VERIZON COMMUNICATIONS, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SETTLEMENT

Plaintiff MOLLY VICK ("Ms. Vick"), by Counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Vick and TRANS UNION, LLC *only*. Ms. Vick and TRANS UNION, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Vick and TRANS UNION, LLC *only* shall timely file the proper form of dismissal with the Court.

Dated: January 9, 2025

                                               Respectfully submitted,
                                               MOLLY VICK

                                               /s/ Dale W. Pittman
                                               Dale W. Pittman, VSB #15673
                                               THE LAW OFFICE OF DALE W. PITTMAN, P.C.
                                               The Eliza Spotswood House
                                               112-A West Tabb Street
                                               Petersburg, VA 23803-3212
                                               (804) 861-6000
                                               (804) 861-3368 (Fax)
                                               dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Adam W. Short, VSB #98844
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
Email: adam@clalegal.com

*Counsel for Plaintiff*