UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MOLLY VICK,**

    **Plaintiff,**

v.                                         Civil Action No. 3:24-cv-00211-MHL

**TRANS UNION, LLC,** *et al.*,

    **Defendant.**

## THE PARTIES' FIRST JOINT STATUS REPORT

Pursuant to the Court's Order (ECF 51), Plaintiff Molly Vick ("Plaintiff") and Experian Information Solutions, Inc., ("Defendant") (collectively, the "Parties") provide the following report on the status of arbitration.

1. On April 17, 2025, the Parties submitted a Joint Stipulation to submit claims against Experian to Arbitration and to Stay the case (ECF 49).

2. On April 28, 2025, the Court granted the Parties Joint Stipulation and ordered the dispute be stayed pending arbitration (ECF 50).

3. On April 29, 2025, the Court Ordered that the Parties submit a Joint Status Report every three months, with the first status report due on July 28. 2025 (ECF 51).

4. On June 6, 2025, Plaintiff filed the arbitration with the American Arbitration Association.

5. Since the filing, the AAA has assigned the case to a case manager, and the Parties have paid the initial fees.

6. The Parties are awaiting the AAA's selection of an arbitrator.

7. The Parties will update the Court accordingly in the next status report due on October 28, 2025.

DATED: July 28, 2025

Respectfully Submitted,

By: __/s/Leonard A. Bennett_____
Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Adam W. Short, VSB #98844
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
Email: adam@clalegal.com

Drew D. Sarrett, VSB #81658
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, VA 23219
T: 804-904-9905
F: 757-930-3662
Email: drew@clalegal.com

Dale Pittman
THE LAW OFFICE OF DALE W. PITTMAN, PC
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
(804) 861-6000
(804) 861-3368 - fax
dale@pittmanlawoffice.com

*Counsel for Plaintiff*

By: _/s/ Eric A. Nicholson_____
David N. Anthony
Virginia State Bar No. 31696
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118

Email: david.anthony@troutman.com

Eric A. Nicholson (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226
Telephone: (313) 230-7927
Facsimile: (313) 230-7997
Email: eanicholson@jonesday.com

*Counsel for Experian Information Solutions, Inc.*