IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MOLLY VICK,**

    **Plaintiff,**

    v.                                                                     Civil Action No. 3:24cv211

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. On March 22, 2024, Plaintiff Molly Vick filed a five-count Complaint against four defendants, including "Verizon Communications Inc" (hereinafter, "Verizon"). (ECF No. 1, at 1.) On June 28, 2024, Defendant "Verizon Communications Inc" filed its Corporate Disclosure Statement under the name "Verizon Wireless Services, LLC." (ECF No. 24.) The Corporate Disclosure Statement explains that "'Defendant Verizon Wireless Services, LLC,' [was] *erroneously sued as* 'Verizon Communications Inc.'" (ECF No. 24, at 1.) Defendant Verizon did not file a motion to dismiss or otherwise challenge Ms. Vick's error. Ms. Vick likewise did not file an amended complaint or otherwise rectify the apparent mistake. The parties proceeded through litigation, naming Verizon in its filings as "Verizon Wireless Services, LLC" rather than "Verizon Communications Inc" as reflected on the docket.

On February 4, 2026, Ms. Vick and Verizon filed a Stipulation of Dismissal dismissing Ms. Vick's claims against "Verizon Wireless Services, LLC." (ECF No. 57, at 1.)

Prior to terminating Verizon as a defendant, the Clerk is DIRECTED to amend Verizon's name on the docket from "Verizon Communications Inc" to "Verizon Wireless Servies, LLC."[1]

It is SO ORDERED.

Date: 2/6/26  /s/ 
Richmond, Virginia

M. Hannah Lauck
Chief United States District Judge

---

[1] On February 5, 2026, the Court confirmed this course of action with the parties. Neither objected.