IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MOLLY VICK,

        Plaintiff,

v.

TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and
VERIZON COMMUNICATIONS, INC.,

        Defendants.

Civil Action No. 3:24cv211

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST VERIZON WIRELESS SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MOLLY VICK, by Counsel, and Defendant VERIZON WIRELESS SERVICES, LLC, also by Counsel, hereby stipulate that the above-captioned action is dismissed with prejudice as to Defendant VERIZON WIRELESS SERVICES, LLC *only*. Each party is to pay its own costs and attorneys' fees. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994), Plaintiff and Defendant agree that that the Court shall have jurisdiction over any settlement agreement.

Therefore, dismissal without a court order as to Defendant VERIZON WIRELESS SERVICES, LLC is proper.

Dated: February 4, 2026

Respectfully submitted,

MOLLY VICK

**SO ORDERED**

/s/
M. Hannah Lauck
Chief United States District Judge
2/6/26

/s/ Dale W. Pittman
Dale W. Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street

Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Adam W. Short, VSB #98844
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
Email: adam@clalegal.com

*Counsel for Plaintiff*

/s/ William R. Thetford, Jr.
William R. Thetford Jr., (VSB #92558)
SIMMS SHOWERS, LLP
305 Harrison Street, SE, 3rd Floor
Leesburg, VA 20175
Phone: 703-771-4671
Fax: 703-771-4681
WRT@simmsshowerslaw.com

OF COUNSEL
J. Stephen Simms
Catherine C. Benson
SIMMS SHOWERS, LLP
201 International Circle
Baltimore, MD 21030
Phone: 443-290-8704
Fax: 410-510-1789
jssimms@simmsshowers.com
cmbenson@simmsshowers.com

*Counsel for Defendant Verizon Wireless Services, LLC*

Page 2